UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

AUG 26 2005

FILED

ENTERASYS NETWORKS, INC.,

    Plaintiff

v.

GULF INSURANCE COMPANY, and
CLARENDON NATIONAL INSURANCE COMPANY,

    Defendants

DOCKET NO. 1:04-CV-27-SM

### ORDER EXTENDING CERTAIN DISCOVERY AND OTHER DATES

Upon a joint motion by Plaintiff Enterasys Networks, Inc., and Defendants The Travelers Indemnity Company, sued herein as Gulf Insurance Company, and Clarendon National Insurance Company, IT IS HEREBY ORDERED:

1) The case schedule shall be modified as follows:

- Expert disclosures and report(s) – **October 21, 2005**;
- Rebuttal Expert Disclosure(s) and Report(s) – **November 11, 2005**;
- Summary Judgment Motions – **December 5, 2005**
- Summary Judgment Oppositions – **December 23, 2005**;
- All discovery completed – **December 31, 2005**.

SO ORDERED:

Dated: August 26, 2005

_____
McAuliffe, J.

BOS-891742 v1 0506155-0903